State of Oregon *v.* Johnson.

---

STATE OF OREGON, Respondent, *v.* LEANDER JOHNSON, Appellant.

### *Venue.*

1. The offense of larceny, committed without the State, continues and accompanies the stolen property.
2. The offense may be tried in any county within the State, into which the stolen property may be brought by the offender.

RESPONDENT stole a horse in Washington territory, and with it crossed the Columbia river into Wasco county, Oregon. He was there apprehended, indicted for larceny in that county at the December term, 1863, and on trial was convicted and sentenced.

His counsel at the trial asked this instruction : " If the jury believe that defendant stole the horse in Washington terri-tory, they could not find him guilty of a larceny in Oregon." The court refused, and instructed the jury that " it was a continuing offense ; and if the property was stolen in Wash-ington territory and brought into Oregon, it was a larceny in Oregon."

Defendant's counsel excepted to the refusal of the one and the giving of the other instruction, and appealed.

*C. R. Meigs,* prosecuting attorney, for respondent.

*G. L. Woods, Esq.,* for appellant.

By the Court. Larceny is an offense at common law, and it continues and accompanies the thing stolen, from one State to another, as it does from one county to another in the same State.

The decisions in the respective States are different. New York, Pennsylvania, Kentucky and Tennessee, hold that the offense would not continue if the original taking was with-out the State, as the offence would be beyond the jurisdiction of their courts. Massachusetts, Connecticut, North Carolina, Maryland, Ohio and Vermont, maintain the same view we now have taken.

The ruling of the court below was correct and judgment affirmed.

NOTE.—Since the above decision was made, the Code, passed in 1864, provides in section 16, page 444, " that when property, feloniously taken by burglary, robbery, larceny or embezzlement, without the State, is brought into it, the action may be commenced and tried in any county therein, into which such property may be brought."                    REP.